FILED
SUPERIOR COURT
OF GUAM

2012 JUN -6 AM 11: 34

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

AGNES E. GATDULA,

        Plaintiff,

  vs.

JOE S. BESAGAR,

        Defendant.

DOMESTIC CASE NO. DM1139-04

**DECISION & ORDER**

This matter came before the HONORABLE VERNON P. PEREZ on October 28, 2011 and December 12, 2011 for Defendant's Motion for Modification of Custody and Child Support. Attorney Ron Moroni represented Defendant. Attorney William D. Pesch represented Plaintiff. The Court took the motion under advisement. After having heard the Parties' arguments, considering the Parties' pleadings and the record, the Court now issues the following Decision and Order.

## BACKGROUND

This matter arises out of a dissolved marriage between Plaintiff Agnes Gatdula (hereinafter "Plaintiff") and Defendant Joe Besagar (hereinafter "Defendant"). Parties were married and then divorced in 2004. Orders have been in place previously regarding child support and custody. Defendant now motions to modify the current custody arrangement and the child support assigned.

## DISCUSSION

Defendant argues that the current custody arrangement does not suit the best interest of the minor children due to a change in circumstances. Defendant also contends that the current child support order should be amended. Defendant bases his arguments on the facts that "in recent years, the children have spent as much or more time with the Defendant." Plaintiff disagrees with Defendant's claim that the children spend more time with the Defendant and argues that all current orders should remain unchanged.

*Gatdula v. Besagar,*
Decision and Order
Civil Case No. DM1139-04        - Page 1 of 2 -

The Court has spent considerable time with the minor children over these very issues and their desires. After conversations with the children and based on the record in this case, the Court is confident that the best interest of the children will be carried out in maintaining the current custody and support orders. Even if the children are spending more amounts of time with Defendant, that increase in time is to the benefit of the Defendant as well as the children, the Court does not find that a modification of custody is currently warranted. The change in circumstances, as argued for by Defendant, has not been so significant that the Court would be comfortable in upsetting the current situation for the children. The minor children appear to be happy with both parents and the current situation.

## CONCLUSION

Defendant's Motion is DENIED.

So ORDERED this 6th day of June, 2012.

Original Signed By:
HON. VERNON P. PEREZ

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

Dated at Hagatna, Guam

JUN 0 6 2012

Jacqueline S.C. Terlaje
Deputy Clerk, Superior Court of Guam

/ /

/ /

/ /

/ /

*Gatdula v. Besagar,*
Decision and Order
Civil Case No. DM1139-04                        - Page 2 of 2 -